IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Powell Family Mineral LLC, on behalf of itself and a class of similarly situated persons,<br><br>Plaintiff,<br><br>vs.<br><br>Slawson Exploration Company, Inc.,<br><br>Defendant. | Case No. 1:21-cv-00047 |

## ORDER ADOPTING NOTICE TO DISMISS

[¶ 1]   THIS MATTER comes before the Court on a Notice of Voluntary Dismissal filed by the Plaintiff on May 26, 2021. Doc. No. 11.

[¶ 2]   Plaintiff seeks to dismiss this case without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Pursuant to Rule 41(a)(1)(A)(i), the plaintiff may dismiss an action without a Court order by filing a notice of dismissal before the opposing party serves either an answer or motion for summary judgment. No answer or motion for summary judgment has been filed in this case.

[¶ 3]   Upon consideration, the Court **ADOPTS** the Notice in its entirety. It is therefore ordered this action is **DISMISSED without prejudice**.

[¶ 4]   **IT IS SO ORDERED**.

DATED May 27, 2021.

Daniel M. Traynor, District Judge
United States District Court